IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK D. THOMPSON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:14-cv-00047-SWW |
| | * | |
| | * | |
| HORACE WALTERS, individually | * | |
| and in his official capacity as Chief | * | |
| of Police in and for the City of | * | |
| Alexander, AR; CITY OF | * | |
| ALEXANDER, ARKANSAS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

The unopposed motion [doc.#25] of plaintiff to dismiss this action without prejudice is hereby granted.

IT IS SO ORDERED this 14th day of November 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE